*In re* HORARIO PARA LA PRESENTACIÓN DE ESCRITOS EN EL TRIBUNAL DE APELACIONES DEL 29 DE SEPTIEMBRE AL 10 DE OCTUBRE DE 2003.

*Número:* EM-2003-6          *Resuelto:* 29 de septiembre de 2003

## RESOLUCIÓN

El Tribunal de Circuito de Apelaciones ha mudado su sede a un edificio localizado en la calle César González, esquina Ave. Jesús T. Piñero. A partir del día de hoy, la presentación de escritos y documentos se hará en la nueva sede.

Considerando que la mudanza del tribunal puede ocasionar confusión y que los litigantes no puedan cumplir con el horario para la presentación de escritos, afectándose con ello el acceso de la ciudadanía a dicho foro, se enmienda provisionalmente la Regla 5 del Reglamento del Tribunal de Circuito de Apelaciones, 4 L.P.R.A. Ap. XXII-A, para extender el horario de la Secretaría del Tribunal de Circuito de Apelaciones hasta las 6:30 de la tarde, únicamente del 29 de septiembre al 10 de octubre de 2003, incluso ambas fechas.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*